No. 221, Misc. ILLINOIS EX REL. MARINO *v.* RAGEN, WARDEN; and
No. 222, Misc. MARINO *v.* ILLINOIS. Supreme Court of Illinois. Certiorari denied. *Wm. Scott Stewart* for

petitioner. *Ivan A. Elliott*, Attorney General of Illinois, for respondents. *Robert R. Canfield* filed a brief for Winnebago County, as *amicus curiae*, supporting respondents.